IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 4:26-cr-40047-SMY |
| RONALD DALE KOONTZ, DEMITRIOUS GEORGE MACROPOULOS RANDY L. NOWLAND, and CORY TAYLOR HUMPREY, Defendants. | ) | |

**DEFENDANT RONALD KOONTZ'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**

Comes now Defendant, Ronald D. Koontz, by and through counsel, and respectfully requests that the Arraignment set in this matter on August 27, 2026 be continued to the week of September 21, 2026. In support of this request, Defendant states as follows:

1. On August 4, 2026, a Grand Jury in Benton, Illinois returned an Indictment charging Mr. Koontz, Demitrious Macropoulos, Randy Nowland, and Cory Humphrey with various offenses, all of which allegedly occurred in August 2021. ECF 1.

2. The Court issued a summons scheduling Mr. Koontz's arraignment for August 27, 2026, at 10:00 a.m. before Magistrate Judge Reona J. Daly. ECF 4. The three co-defendants are also scheduled for arraignment before Magistrate Judge Daly at that same date and time. ECF 5, 6, and 7.

3. Mr. Koontz respectfully requests rescheduling or continuance of his arraignment because Mr. Koontz has a major surgical procedure scheduled for August 28, 2026, in the Nashville, Tennessee area where he resides. Should the Court request it, counsel for Mr. Koontz will provide additional details about the surgical procedure and Mr. Koontz's medical situation.

4. Mr. Koontz respectfully requests that the Court reschedule Mr. Koontz's arraignment for a date during the week of September 21, 20026, which would allow Mr. Koontz sufficient time to recuperate from his surgical procedure.

5. Counsel for Mr. Koontz has conferred with Assistant U.S. Attorney Kevin Burke, who has no objections to Defendant's request.

6. This request for a continuance is made in good faith for all the reasons listed herein and not to vex or harass the Court or the Government, but to ensure Defendant's Sixth Amendment right to effective assistance of counsel. As Defendant has not been arraigned, there would be no periods of delay that would affect Defendant's right to a speedy trial.

WHEREFORE, Defendant Ronald Koontz respectfully requests that his arraignment be continued from August 27, 2026 and rescheduled to the week of September 21, 2026.

Respectfully submitted,

RADEFELD LAW GROUP, LLC.

By *_/s/ Matthew A. Radefeld__________*
MATTHEW A. RADEFELD (#52288MO)
Attorney for Defendant
7711 Bonhomme Ave., Suite 710
Clayton, Missouri 63105
Telephone: (314) 341-0374
Email: *matthew@radlaw.org*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

*/s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD